**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEVEN K. MCKENNY, | : | |
| | : | Civil Action No. 10-1504 (NLH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| WARDEN C. COHEN, et al., | : | |
| | : | |
| Defendants. | : | **CLOSED** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this 15th day of April, 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey; and it is further

ORDERED that the claim for injunctive relief and/or habeas relief in the form of an order for reduction of bail is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Complaint must be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey  /s/ NOEL L. HILLMAN
Noel L. Hillman
United States District Judge